AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Laurel Morris

V.

Sun Life Assurance Company of Canada, Sun Life Assurance Company of Canada US Employees Group Long Term Disability Insurance Plan and JHA, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **05 - 11735 PBS**

TO: (Name and address of Defendant)

Sun Life Assurance Company of Canada
US Employees Group Long Term Disability
Insurance Plan
One Sun Life Executive Park
Wellesley Hills, MA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Feigenbaum, Esquire
Phillips & Angley
One Bowdoin Square
Boston, MA   02114

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE: AUG 2 2 2005

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE | 9/1/05 |
| NAME OF SERVER (PRINT) | TITLE | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   9/1/05
              Date            Signature of Server

                              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

SEPTEMBER 1, 2005

## *QUICKSERV*
**ALLSTATE PROCESS SERVERS**

## RETURN OF SERVICE

*I this day SERVED the within named*   SUN LIFE ASSURANCE COMPANY OF CANADA
US EMPLOYEES GROUP LONG TERM DISABILITY
INSURANCE PLAN

*by delivering to*   AUDREY EVAN, LEGAL DEPT, 3:40 PM

**X**   *in hand*

*No.*   ONE SUN LIFE EXECUTIVE PARK
*in the*   WELLESLEY HILLS *District of said*   NORFOLK   *County an attested*
*copy of the* SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET, AND CATEGORY SHEET

*Service and travel*   28

*it being necessary I actually used a*
*motor vehicle in the distance of*
20   *miles in the service of*
*this process*

_Kevin Kohler_
Process Server