AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

Laurel Morris

V.

Sun Life Assurance Company of Canada,
Sun Life Assurance Company of Canada
US Employees Group Long Term
Disability Insurance Plan and
JHA, Inc.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   05 - 11735 PBS

TO: (Name and address of Defendant)

JHA, Inc.
120 Exchange Street
Portland, ME

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Feigenbaum, Esquire
Phillips & Angley
One Bowdoin Square
Boston, MA  02114

an answer to the complaint which is herewith served upon you, within ___twenty___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

'AH A. THORNTON

AUG 2 2 2005

CLERK                                                             DATE

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 8-31-05 |
| NAME OF SERVER (PRINT) SAMMY S. Rinaldi | TITLE Dep Sheriff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: 120 Exchange st. Portland, me   9o Drew King Pres.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  45.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-31-05        Sammy S Rinaldi
              Date              Signature of Server

               36 County way, Portland, me
               Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.