UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREL MORRIS )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SUN LIFE ASSURANCE COMPANY )<br>OF CANADA, et al. )<br>    Defendants. ) | CIVIL ACTION NO. 05-11735-PBS |

**ASSENTED TO MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**

Now comes defendant JHA, Inc., by and through their attorneys, and respectfully request that this Court extend the date for filing of a responsive pleading to the plaintiff's complaint up to and including October 11, 2005. This motion has been assented to by counsel for the plaintiff.

    Respectfully Submitted,
    JHA, Inc.,
    By its attorneys,

    /s/sbolotin_____
    Steven J. Bolotin, Esq.
    Morrison Mahoney LLP
    250 Summer Street
    Boston, MA 02210-1181
    BBO # 564085
    (617) 439-7500

Assented To:
Laurel Morris,
By her attorneys,

/s/jfeigenbaum_____
Jonathan M. Feigenbaum, Esq.
Phillips & Angley
One Bowdoin Square
Boston, MA 02114
BBO #546686
(617) 367-8787