UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREL MORRIS,<br>    Plaintiff<br><br>V.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA;<br>SUN LIFE ASSURANCE COMPANY OF CANADA US EMPLOYEES GROUP LONG TERM DISABILITY INSURANCE PLAN;<br>JHA, INC.,<br>    Defendant | CIVIL ACTION NO. 05-11735-PBS |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please note the appearance of Kristina H. Allaire on behalf of the defendants, Sun Life Assurance Company of Canada, Sun Life Assurance Company of Canada US Employees Group Long Term Disability Insurance Plan, and JHA, Inc., in the above-entitled case.

                                                                                 SUN LIFE ASSURANCE COMPANY OF CANADA, SUN LIFE ASSURANCE COMPANY OF CANADA US EMPLOYEES GROUP LONG TERM DISABILITY INSURANCE PLAN, AND JHA, INC.

                                                                                 By their attorneys,

                                                                           /s/ Kristina H. Allaire
                                                             Joan O. Vorster, Esq., BBO #550375
                                                             Kristina H. Allaire, Esq., BBO #646001
                                                             Mirick, O'Connell, DeMallie & Lougee, LLP
                                                             100 Front Street
                                                             Worcester, MA 01608-1477
                                                             Phone: (508) 791-8500
                                                             Fax:    (508) 791-8502

Dated: September 21, 2005

CERTIFICATE OF SERVICE

    I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Jonathan M. Feigenbaum, Esq., Phillips & Angley, One Bowdoin Square, Boston, MA 02114.

                                                                            /s/ Kristina H. Allaire
                                                             Kristina H. Allaire, Esq.

Dated: September 21, 2005