UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREL MORRIS,<br>    Plaintiff<br><br>V.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA;<br>SUN LIFE ASSURANCE COMPANY OF CANADA US EMPLOYEES GROUP LONG TERM DISABILITY INSURANCE PLAN;<br>JHA, INC.,<br>        Defendant | CIVIL ACTION NO. 05-11735-PBS |

## CORPORATE DISCLOSURE

The defendant, Sun Life Assurance Company of Canada pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, states that it is a wholly owned subsidiary of a publicly held company, Sun Life Financial Inc.

        SUN LIFE ASSURANCE COMPANY OF CANADA, SUN LIFE ASSURANCE COMPANY OF CANADA US EMPLOYEES GROUP LONG TERM DISABILITY INSURANCE PLAN, AND JHA, INC.

        By their attorneys,

        /s/ Kristina H. Allaire
        Joan O. Vorster, Esq., BBO #550375
        Kristina H. Allaire, Esq., BBO #646001
        Mirick, O'Connell, DeMallie & Lougee, LLP
        100 Front Street
        Worcester, MA 01608-1477
        Phone: (508) 791-8500
        Fax:    (508) 791-8502

Dated: September 21, 2005

## CERTIFICATE OF SERVICE

    I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Jonathan M. Feigenbaum, Esq., Phillips & Angley, One Bowdoin Square, Boston, MA 02114.

        /s/ Kristina H. Allaire
        Kristina H. Allaire, Esq.

Dated: September 21, 2005