UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREL MORRIS,<br>        Plaintiff<br><br>V.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA;<br>SUN LIFE ASSURANCE COMPANY OF CANADA US EMPLOYEES GROUP LONG TERM DISABILITY INSURANCE PLAN;<br>JHA, INC.,<br>        Defendant | CIVIL ACTION NO. 05-11735-PBS |

## **CORPORATE DISCLOSURE**

The defendant, JHA, Inc. pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, states that it is a wholly owned subsidiary of General Re Life Corporation.

{H:\PA\Lit\15928\55026\A0840460.DOC}

                    SUN LIFE ASSURANCE COMPANY OF CANADA, SUN LIFE ASSURANCE COMPANY OF CANADA US EMPLOYEES GROUP LONG TERM DISABILITY INSURANCE PLAN, AND JHA, INC.

By their attorneys,

/s/ Kristina H. Allaire
_____
Joan O. Vorster, Esq., BBO #550375
Kristina H. Allaire, Esq., BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: September 21, 2005

## CERTIFICATE OF SERVICE

    I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Jonathan M. Feigenbaum, Esq., Phillips & Angley, One Bowdoin Square, Boston, MA 02114.

/s/ Kristina H. Allaire
_____
Kristina H. Allaire, Esq.

Dated: September 21, 2005