UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Laurel Morris
        Plaintiff,                    CIVIL ACTION
                                        NO.   05-11735-PBS
    v.

Sun Life Assurance Co. of Canada, et al
        Defendants.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                        September 22, 2005

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **November 8, 2005**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                               By the Court,


                                                           _/s/ Robert C. Alba_
                                                           Deputy Clerk

Copies to:  All Counsel