UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREL MORRIS,<br>    Plaintiff<br><br>V.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA;<br>SUN LIFE ASSURANCE COMPANY OF CANADA US EMPLOYEES GROUP LONG TERM DISABILITY INSURANCE PLAN;<br>JHA, INC.,<br>    Defendant | CIVIL ACTION NO. 05-11735-PBS |

**<u>NOTICE OF APPEARANCE</u>**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please note the appearance of Joan O. Vorster on behalf of the defendants, Sun Life Assurance Company of Canada, Sun Life Assurance Company of Canada US Employees Group Long Term Disability Insurance Plan, and JHA, Inc., in the above-entitled case.

{H:\PA\Lit\15928\55026\A0840524.DOC}

                                                              2

                                        SUN LIFE ASSURANCE COMPANY OF CANADA, SUN LIFE ASSURANCE COMPANY OF CANADA US EMPLOYEES GROUP LONG TERM DISABILITY INSURANCE PLAN, AND JHA, INC.

                                        By their attorneys,

                                        /s/ Joan O. Vorster
                                        Joan O. Vorster, Esq., BBO #550375
                                        Kristina H. Allaire, Esq., BBO #646001
                                        Mirick, O'Connell, DeMallie & Lougee, LLP
                                        100 Front Street
                                        Worcester, MA 01608-1477
                                        Phone: (508) 791-8500
                                        Fax:    (508) 791-8502

Dated: September 22, 2005

## CERTIFICATE OF SERVICE

    I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Jonathan M. Feigenbaum, Esq., Phillips & Angley, One Bowdoin Square, Boston, MA 02114.

                                        /s/ Joan O. Vorster
                                        Joan O. Vorster, Esq.

Dated: September 22, 2005