UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREL MORRIS )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>SUN LIFE ASSURANCE COMPANY )<br>OF CANADA, et al. )<br>    Defendants. ) | CIVIL ACTION NO. 05-11735-PBS |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please withdraw my appearance as counsel of record for the defendant, JHA, Inc., in the above-entitled action.

/s/sbolotin
Steven J. Bolotin, Esq.
Morrison Mahoney LLP
250 Summer Street
Boston, MA 02210-1181
BBO # 564085
(617) 439-7500