UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CASE NO. 05-11735-PBS

| | |
|---|---|
| LAUREL MORRIS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SUN LIFE ASSURANCE | ) |
| COMPANY OF CANADA | ) |
| SUN LIFE ASSURANCE | ) |
| COMPANY OF CANADA | ) |
| US EMPLOYEES GROUP | ) |
| LONG TERM DISABILITY | ) |
| INSURANCE PLAN, | ) |
| JHA, INC. | ) |
| | ) |
| Defendants. | ) |

**PLAINTIFF"S OPPOSITION
TO DEFENDANTS' MOTION TO DISMISS COUNT II –
BREACH OF CONTRACT CLAIM**

Now comes the plaintiff, and opposes the defendants' motion to dismiss Count II.

In support, she files her memorandum herewith.

                                        LAUREL MORRIS,
                                        By her attorney,

                                        /s/ Jonathan M. Feigenbaum

Date:  10.03.2005                       _____
                                        Jonathan M. Feigenbaum, Esquire
                                        B.B.O. #N546686
                                        Phillips & Angley
                                        One Bowdoin Square
                                        Boston, MA  02114
                                        Tel No.: (617)367-8787

1

2

Certificate of Service

I, Jonathan M. Feigenbaum, hereby that certify that I served the above document electronically through the USDC filing system this day.

/s/ Jonathan M. Feigenbaum

Date:  10.03.2005            _____
                             Jonathan M. Feigenbaum, Esquire


Litg\lmor002\Opp.Mot.Dism.doc.