UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

LAUREL MORRIS,
  Plaintiff

V.

SUN LIFE ASSURANCE COMPANY OF
CANADA; SUN LIFE ASSURANCE
COMPANY OF CANADA US EMPLOYEES
GROUP LONG TERM DISABILITY
INSURANCE PLAN; AND JHA, INC.,
  Defendant

CIVIL ACTION NO. 05-11735-PBS

## LOCAL RULE 16.1(D)(3) CERTIFICATION

We, Kristina H. Allaire, attorney for defendant, JHA, Inc. and Chris Bello, their authorized representative, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

Joan O. Vorster, Esq. BBO #550375
Kristina H. Allaire, Esq., BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Chris Bello, Esq.
General Counsel
General Re Life Corporation
Financial Centre
695 East Main Street
Stamford, CT  06904-0300

## CERTIFICATE OF SERVICE

    I, Kristina H. Allaire, hereby certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Jonathan M. Feigenbaum, Esq., Phillips & Angley, One Bowdoin Square, Boston, MA 02114.

Kristina H. Allaire, Esq.

Dated: 10/1/05