UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREL MORRIS,<br>    Plaintiff<br><br>V.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; SUN LIFE ASSURANCE COMPANY OF CANADA US EMPLOYEES GROUP LONG TERM DISABILITY INSURANCE PLAN; AND JHA, INC.,<br>    Defendant | CIVIL ACTION NO. 05-11735-PBS |

## **LOCAL RULE 16.1(D)(3) CERTIFICATION**

We, Kristina H. Allaire, attorney for defendants, Sun Life Assurance Company of Canada and Sun Life Assurance Company of Canada US Employees Group Long Term Disability Insurance Plan ~~improperly named as Sun Life Financial Distributors Inc.~~, and Jay P. Symonds, their authorized representative, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

_/s/ Kristina H. Allaire_
Joan O. Vorster, Esq. BBO #550375
Kristina H. Allaire, Esq., BBO #646001
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:   (508) 791-8502

_/s/ Jay P. Symonds_
Jay P. Symonds, Esq.
Associate General Counsel
One Sun Life Executive Park, SC1335
Wellesley Hills, MA 02481

{H:\PA\Lit\15928\55026\A0851738.DOC}

## CERTIFICATE OF SERVICE

I, Kristina H. Allaire, hereby certify that I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following: Jonathan M. Feigenbaum, Esq., Phillips & Angley, One Bowdoin Square, Boston, MA 02114.

*Kristina H. Allaire*
Kristina H. Allaire, Esq.

Dated: 11/1/05