UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAUREL MORRIS,<br>          Plaintiff<br><br>V.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA; SUN LIFE ASSURANCE COMPANY OF CANADA US EMPLOYEES GROUP LONG TERM DISABILITY INSURANCE PLAN; AND JHA, INC.,<br>          Defendant | CIVIL ACTION NO. 05-11735-PBS |

**STIPULATION OF DISMISSAL**

The parties to this action, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that this action, including all claims and counterclaims, be dismissed, with prejudice, without costs, and all parties waiving rights of appeal.

{H:\PA\Lit\15928\55026\A0869163.DOC}

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| LAUREL MORRIS | SUN LIFE ASSURANCE COMPANY OF CANADA, SUN LIFE ASSURANCE COMPANY OF CANADA US EMPLOYEES GROUP LONG TERM DISABILITY INSURANCE PLAN, AND JHA, INC. |
| By her attorney, | By its attorneys, |
| ____/s/ Jonathan M. Feigenbaum (KHA)_____<br>Jonathan M. Feigenbaum, Esq.<br>BBO #546686<br>Phillips & Angley<br>One Bowdoin Square<br>Boston, MA 02114<br>Phone: (617) 367-8787<br>Fax:    (617) 227-8992 | /s/ Kristina H. Allaire<br>Joan O. Vorster, Esq., BBO #550375<br>Kristina H. Allaire, Esq., BBO #646001<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502 |

CERTIFICATE OF SERVICE

I, Kristina H. Allaire, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following: Jonathan M. Feigenbaum, Esq., Phillips & Angley, One Bowdoin Square, Boston, MA 02114.

/s/ Kristina H. Allaire
Kristina H. Allaire, Esq.

Dated: January 27, 2006